## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
L.T., Individually and as Next Friend to Her Child, C.T., et al.,

                  Plaintiffs,                          23 **CIVIL** 9826 (MMG)

    -against-                                      **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                  Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated March 24, 2025, the Court lacks subject matter jurisdiction over Plaintiffs' claims because they have failed to exhaust their administrative remedies and have not met their burden to demonstrate that exhaustion would be futile. Defendants' motion to dismiss is GRANTED, and Plaintiffs' motion for class certification, subclass certification, and a preliminary injunction is DENIED AS MOOT; accordingly, this case is closed.

**Dated:** New York, New York
           March 25, 2025

                                                                **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                              **BY:**               *K. Mango*

                                                                  **Deputy Clerk**